FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 MAY 23 AM 9: 23
CLERK C. Robinson
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA

v.   CASE NO.: CR207-08

LIONEL RODRIGUEZ ROCHE

## ORDER

On December 11, 2007, Lionel Rodriguez Roche entered a plea of guilty to Possession of a Firearm by a Felon. He was sentenced to serve a period of seventy-one (71) months in confinement and pay a special assessment of $100.00. His confinement will be followed by a period of three (3) years on supervised release. Paul Michael Scott, an attorney in Brunswick, Georgia, was appointed to represent Roche in this proceeding.

Scott has now submitted his claim for services. He seeks compensation in the total amount of $11,437.00. This includes $168.80 as "In Court Compensation", and $11,268.20 as "Out of Court Compensation". The Criminal Justice Act provides that the maximum amount of compensation for services in this case is the sum of $7,000.00, unless the case involves extended or complex representation. 18 U.S.C. § 3006A(d)(2) and (3).

"In determining if an excess payment is warranted, the court should make a threshold determination as to whether the case is either extended or complex. If the legal or factual issues in a case are unusual, thus requiring the expenditure of more time, skill and effort by the lawyer than would normally be required in an average case, the case is 'complex.' If more time is reasonably required for total processing than the average case, including pre-trial and post-trial hearings, the case is 'extended'." Paragraph 2.22 B(3) of

the <u>Appointment of Counsel in Criminal Cases, Volume VII, Guide to Judiciary Policies and Procedures</u>. "Counsel claiming compensation in excess of the statutory case limitation must submit with the voucher a detailed memorandum supporting and justifying counsel's claim that representation was provided in a complex or extended case and that the excess payment is necessary to provide fair compensation." <u>Instructions for CJA Form 20, Item 22-29</u>. A detailed memorandum has been submitted by Mr. Scott.

Upon review of the Court's file and upon recollection, it appears that this case should be classified as "extended". Defendant Rocher was in custody in the Camden County Safety Complex in Woodbine, Georgia, and subsequently moved to the McIntosh County Jail, in Darien, Georgia, from the date of his arrest until the date of his sentencing, requiring Mr. Scott to travel to Woodbine, Georgia and Darien, Georgia on several occasions. Roche made his first appearance in this Court on February 1, 2007, and was sentenced on March 7, 2008, over thirteen months after his first appearance.

However, despite its extended nature, this case does not warrant the award of the fees requested. Payment for services is set at $8,500.00.

For the above and foregoing reasons, it is hereby **ORDERED** that payment for "In Court" services is set at $168.20, as requested, and payment for "Out of Court" services is set at $8,331.80. The total amount approved is $8,500.00.

SO ORDERED, this ___ day of _____, 2008

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 MAY 23 AM 9:33
CLERK C Cosbell
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

IN RE:     USA v. LIONEL RODRIGUEZ ROCHE

CASE NO.   CR207-08

FROM:     ANTHONY A. ALAIMO
UNITED STATES DISTRICT JUDGE

TO:     CHIEF JUDGE, ELEVENTH CIRCUIT, U.S. COURT OF APPEALS
c/o CIRCUIT EXECUTIVE

## MEMORANDUM FOR CERTIFICATION OF CJA VOUCHER OF APPOINTED ATTORNEY PAUL MICHAEL SCOTT FOR EXCESS PAYMENT UNDER 18 U.S.C. § 3006A(d)(3)

I forward herewith the CJA voucher in the above captioned case. The amount claimed by counsel is beyond the statutory limits and should be paid as modified for the following reasons:

SEE ATTACHED ORDER.

The following additional information should be considered in determining appropriate compensation in this case:

_____

_____

This case is __XX__ extended _____ complex _____ extended and complex (ref. Guide to Judiciary Policies and Procedures, Vol. III, para 2.22 B)

Further the 10% reduction provisions of Gramm/Rudman/Hollings (___ do) (__XX__ do not) apply.

Accordingly, I recommend payment of the voucher in the amount of $8,500.00.

Judge, United States District Court